UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLO OMAR COOPER, | ) Case No. CV 13-2024 MMM (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| CALIFORNIA DISTRICT COURT, et al., | ) |
| Respondent. | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: June 18, 2013

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE